UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hector S. MARISCAL,<br><br>                    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>                    Defendants. | Case No.: 25-cv-2989-AGS-MMP<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

      Self-represented plaintiff Hector Mariscal has neither paid the required filing fees nor moved to proceed without prepaying them. His case must therefore be dismissed.

      Parties instituting civil actions in United States district courts must pay $405 in filing fees. *See* 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2023). But plaintiffs granted the right to proceed *in forma pauperis* need not pay those fees. *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

      Because Mariscal has not paid any filing fees, nor received Court approval not to pay them, his case is **DISMSSED** without prejudice, and the Clerk must close this case. If Mariscal wishes to proceed, by **December 19, 2025**, he must either: (a) pay the entire $405 in full; or (b) complete and file a motion to proceed IFP. The Clerk must send, along with this order, a copy of the approved form IFP motion.

      If Mariscal pays the fees or files a motion to proceed IFP by the deadline, the Clerk will reopen the case. If he has done neither by the deadline, the Clerk will issue a judgment.

Dated:  November 12, 2025

                                                       Hon. Andrew G. Schopler
                                                       United States District Judge